BEFORE THE SECOND DIVISION, AUGUST 27, 1947

**No. 51882.**—American Import Co. et al. *v.* United States, protests 707970–G, etc. (Seattle).

Opinion by TILSON, J. It was stipulated that the merchandise consists of imitation gut similar in all material respects to that the classification of which was involved in *Bush* v. *United States* (34 C. C. P. A. 17, C. A. D. 338). Upon the established facts and following the cited authority, the claim of the plaintiffs was sustained.

**No. 51883.**—B. R. Anderson & Co. *v.* United States, protests 946676–G, etc. (Seattle).

Opinion by TILSON, J. It was stipulated that the merchandise consists of imitation gut similar in all material respects to that the classification of which was involved in *Bush* v. *United States* (34 C. C. P. A. 17, C. A. D. 338). Upon the established facts and following the cited authority, the claim of the plaintiff was sustained.

**No. 51884.**—B. R. Anderson & Co. *v.* United States, protests 965788–G, etc. (Seattle).

Opinion by TILSON, J. It was stipulated that the merchandise consists of imitation gut similar in all material respects to that the classification of which was involved in *Bush* v. *United States* (34 C. C. P: A. 17, C. A. D. 338). Upon the established facts and following the cited authority, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, SEPTEMBER 4, 1947

**No. 51885.**—Geo. S. Bush & Co., Inc. *v.* United States, protests 687322–G, etc. (Seattle).

Opinion by TILSON, J. It was stipulated that the merchandise consists of imitation gut similar in all material respects to that the classification of which was involved in *Bush* v. *United States* (34 C. C. P. A. 17, C. A. D. 338). Upon the established facts and following the cited authority, the claim of the plaintiff was sustained.

**No. 51886.**—Geo. S. Bush & Co., Inc. *v.* United States, protests 965791–G, etc. (Seattle).